# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   MICHAEL J. JACOBS                                         Case Number: 06-72250
         3782 APPLEWOOD LANE
         ROCKFORD, IL  61114                SSN-xxx-xx-5268

                                                          Case filed on:      11/29/2006
                                                          Plan Confirmed on:   3/23/2007

                                D Dismissed

Total funds received and disbursed pursuant to the plan: $17,250.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY DAVID H CARTER | 3,000.00 | 3,000.00 | 2,500.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,500.00 | 0.00 |
| 999 | MICHAEL J. JACOBS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 7,825.00 | 7,825.00 | 7,825.00 | 484.99 |
| 003 | MEMBERS ALLIANCE CR UN | 2,465.74 | 2,465.74 | 2,465.74 | 162.97 |
| 009 | MEMBERS ALLIANCE CR UN | 545.30 | 545.30 | 466.95 | 103.32 |
|  | Total Secured | 10,836.04 | 10,836.04 | 10,757.69 | 751.28 |
| 001 | AMERICAN GENERAL FINANCE | 3,581.06 | 3,581.06 | 548.14 | 0.00 |
| 002 | CAPITAL ONE AUTO FINANCE | 5,276.28 | 0.00 | 0.00 | 0.00 |
| 004 | ALLIED BUSINESS ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | WORLD FINANCIAL NETWORK NATIONAL BANK | 1,934.17 | 1,934.17 | 296.06 | 0.00 |
| 006 | AMOCO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 1,080.25 | 1,080.25 | 165.35 | 0.00 |
| 008 | IHC SWEDISH AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 1,454.07 | 1,454.07 | 222.57 | 0.00 |
| 011 | NEXT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NORTHERN ILLINOIS SCANNING | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ORTHOPEDIC ARTHRITIS CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDITORS PROTECTION SERVICE, INC | 114.00 | 114.00 | 15.49 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 239.01 | 239.01 | 32.48 | 0.00 |
| 016 | ROCKFORD GASTROENTEROLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ALLIED BUSINESS ACCOUNTS INC | 649.92 | 649.92 | 88.34 | 0.00 |
| 018 | SECURITY FINANCE | 884.70 | 884.70 | 135.42 | 0.00 |
| 019 | MUTUAL MANAGEMENT SERVICES | 407.56 | 407.56 | 0.00 | 0.00 |
| 020 | SWEDISH AMERICAN MGT. GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MUTUAL MANAGEMENT SERVICES | 1,447.25 | 1,447.25 | 221.53 | 0.00 |
| 022 | CARDHOLDER SERVICES | 1,209.74 | 1,209.74 | 185.17 | 0.00 |
| 023 | PHYSICIANS IMMEDIATE CARE | 89.00 | 89.00 | 0.00 | 0.00 |
| 024 | CHASE BANK USA NA | 1,101.65 | 1,101.65 | 168.63 | 0.00 |
|  | Total Unsecured | 19,468.66 | 14,192.38 | 2,079.18 | 0.00 |
|  | Grand Total: | 33,304.70 | 28,028.42 | 15,336.87 | 751.28 |

Total Paid Claimant:     $16,088.15
Trustee Allowance:       $1,161.85              Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     14.65               discharging the trustee and the trustee's surety from any and all
                                                liablility on account of the within proceedings, and closing the estate,
                                                and for such other relief as is just.  Pursuant to FRBP, I hereby
                                                certify that the subject case has been fully administered.

Report Dated:

                                          /s/ Lydia S. Meyer
                                          Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan